AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Russell Dale Lenard | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:18-cv-01810-HMH |
| Lieutenant Clamp, Sargent Bradford, Deputy Jones, | ) |
| *Defendants* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Russell Dale Lenard, shall take nothing of Defendants, Lieutenant Clamp, Sargent Bradford, Deputy Jones, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:  August 30, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/H.Adaway

*Signature of Clerk or Deputy Clerk*